VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
Email: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOODWILL INDUSTRIES OF SOUTHERN CALIFORNIA, a California corporation; ANTHONY RZEPA, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 5:23-cv-01141-KK-PD<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. The matter has been resolved to the satisfaction of all parties.

Respectfully submitted,

DATED: January 3, 2024            VALENTI LAW APC

                                  By:  */s/ Matt Valenti*

                                       Matt Valenti, Esq.
                                       Attorney for Plaintiff
                                       Raul Uriarte-Limon


DATED: January 3, 2024            WOOD SMITH HENNING &
                                  BERMAN LLP

                                  By:  */s/ Melissa Saracyan*

                                       Melissa Saracyan, Esq.
                                       Attorneys for Defendant Goodwill
                                       Industries of Southern California


DATED: 1/5/2024

                                  By:  _____

                                       Anthony Rzepa
                                       Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: January 3, 2024                    VALENTI LAW APC

                                     By:  */s/ Matt Valenti*

                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - 3